UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-CR-00228-MOC

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | |
| vs. | ORDER |
| **TANYA MARIE FUENTES,** | |
| Defendant. | |

**THIS MATTER** is before the Court on Defendant's Motion to Correct Judgment (Doc. No. 32). Federal Rules of Criminal Procedure 36 authorizes correction of clerical errors in judgments. Rule 36 "is the remedy to make the judgment and commitment papers conform to the sentence pronounced orally." 3 Charles A. Wright et al., Federal Practice & Procedure § 641 (4th ed.). "After giving any notice it considers appropriate," the rule provides, "the court may at any time correct a clerical error in a judgment, order or other parts of the record, or correct an error in the record arising from oversight or omission." FED. R. CRIM. P. 36.

The parties agree that this Court should amend condition number 6 of the judgment in this case, (Doc. No. 29, Judgment), to state: "The Court finds that Ms. Fuentes is not required to comply with Standard Sex Offender Condition 6 as it relates to registering as a Sex Offender." Amending the Judgment to include this language would bring the written judgment into agreement with the Court's oral pronouncements at sentencing. (See Doc. No. 32-1 at 19-25).

Having considered the reasons provided in Defendant's motion, this Court agrees that the judgment should be amended.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Defendant's Motion to Correct Judgment (Doc. No. 32) is **GRANTED** and the language in the Judgment (Doc. No. 29) be altered to reflect this order.

Signed: April 13, 2021

Max O. Cogburn Jr
United States District Judge